# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANDRE HAKKAK, DARIUS MOZAFFARIAN, BARBARA MCKEE, DAVID HACKETT and HALLE BENETT, | § § § § § | |
| Defendants Below, Appellants, | § § § | No. 209, 2024 |
| and | § § | Court Below—Court of Chancery of the State of Delaware |
| WHITE OAK HEALTHCARE FINANCE, LLC, WHITE OAK HEALTHCARE FINANCE DIRECT, LLC, WHITE OAK HEALTHCARE MOB, LLC, WHITE OAK H-ALTERNATIVE, LLC, WHITE OAK HEALTHCARE REAL ESTATE SALE-LEASEBACK, LLC, and WHITE OAK REAL ESTATE DEBT, LP, | § § § § § § § § § § § § | C.A. No. 2023-0948 |
| Nominal Defendants Below, Appellants, | § § § | |
| v. | § § | |
| ISAAC SOLEIMANI and INE SOLEIMANI LP, | § § § | |
| Plaintiffs Below, Appellees. | § § § | |

Submitted: September 18, 2024
Decided: September 19, 2024

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## ORDER

This 19th day of September 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated April 12, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

2